IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-1034-WYD-CBS

NANCY J. MOLINA,

   Plaintiff,

v.

TRINIDAD STATE JUNIOR COLLEGE,

   Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THIS MATTER is before the Court on the Parties' Stipulated Motion to Dismiss With Prejudice (ECF No. 21), filed on March 9, 2016.  The parties have settled all issues in the case, and each agrees to pay its own attorney fees and costs. The Plaintiff voluntarily dismisses the action against the Defendant with prejudice.  Accordingly, it is

ORDERED that this action is **DISMISSED WITH PREJUDICE** against Defendant Trinidad State Junior College.  The Clerk of the Court is directed to close this case.

Dated: March 16, 2016.

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge